UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| LORI PEARSALL, | ) |
| *Plaintiff*, | ) Case No. 4:22-cv-38 |
| v. | ) Judge Atchley |
| MCMINNVILLE TN OPCO LLC, *et al.*, | ) Magistrate Judge Lee |
| *Defendants*. | ) |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action without prejudice and directing the parties to resolve this matter according to their arbitration agreement,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT